AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KAJEET, INC. <br><br> *Plaintiff(s)* <br> v. <br> CUJO LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-00253-RSWL-MRW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cujo LLC
c/o National Registered Agents, Inc.
818 West Seventh Street, Suite 930
Los Angeles, California 60017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon C. Fernald
FERNALD LAW GROUP
510 W. 6TH Street, Suite 700
Los Angeles, California 90014
Telephone: (323) 410-0320
Fax: (323) 410-0330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/10/2020

*Signature of Clerk or Deputy Clerk*

Case 2:20-cv-00253-RSWL-MRW Document 11 Filed 01/10/20 Page 1 of 2 Page ID #:36

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00253-RSWL-MRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cujo LLC
was received by me on *(date)* 1/14/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gabriela Sanchez, Agent for Service of Process, who is designated by law to accept service of process on behalf of *(name of organization)* Cujo LLC on *(date)* 1/14/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 50.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 1/14/2020

*Server's signature*

Lea Enriquez, Paralegal
*Printed name and title*

510 West 6th Street, Ste. 700, L.A., CA 90014
*Server's address*

Additional information regarding attempted service, etc: