BRANDON C. FERNALD
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323-410-0320
Facsimile:  323-410-0330
Email: brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER (*Pro Hac Vice*)
MICHAEL T. COOKE (*Pro Hac Vice*)
CORBY R. VOWELL (*Pro Hac Vice*)
RICHARD A. WOJCIO, JR. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: mtc@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KAJEET, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>CUJO LLC,<br><br>         Defendant. | Case No.: 2:20-cv-00253-JAK-PLA<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY DEADLINES**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Kajeet, Inc. ("Plaintiff") and Defendant Cujo LLC ("Defendant"), hereby file this Notice of Settlement and Stipulation to Stay Deadlines to advise the Court that the parties have reached a settlement in principle and are working to finalize the terms of a settlement agreement between the parties. The parties jointly stipulate and request that the Court stay all deadlines in the case for 30 days to allow time for the parties to finalize the settlement agreement and by which time the parties will file a Joint Stipulation of Dismissal.

**IT IS SO STIPULATED**

Respectfully Submitted,

DATED:  April 23, 2020          /s/ *Corby R. Vowell*

Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  mtc@fsclaw.com
Email:  vowell@fsclaw.com
Email:  wojcio@fsclaw.com

Brandon C. Fernald
FERNALD LAW GROUP
510 W. 6TH Street, Suite 700
Los Angeles, California 90014
Telephone:  (323) 410-0320
Fax:  (323) 410-0330
Email:  brandon.fernald@fernaldlawgroup.com

|   |   |
|---|---|
|   | Attorneys for Plaintiff<br>KAJEET, INC. |
| DATED: April 23, 2020 | /s/ *Michael J. Sacksteder* |
|   | MICHAEL J. SACKSTEDER<br>THOMAS J. FOX<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:  415.875.2300<br>Facsimile:   415.281.1350<br>msacksteder@fenwick.com<br>tfox@fenwick.com |
|   | Attorneys for Defendant<br>CUJO LLC |

### **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

/s/ *Corby R. Vowell*
Corby R. Vowell