BRANDON C. FERNALD
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323-410-0320
Facsimile: 323-410-0330
Email: brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER (*Pro Hac Vice*)
MICHAEL T. COOKE (*Pro Hac Vice*)
CORBY R. VOWELL (*Pro Hac Vice*)
RICHARD A. WOJCIO, JR. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: mtc@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KAJEET, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>CUJO LLC,<br><br>  Defendant. | Case No.: 2:20-cv-00253-JAK-PLA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Paul L. Abrams<br>Trial Date: Not Set |

STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)

Plaintiff Kajeet, Inc. and Defendant Cujo LLC have reached a settlement of this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Kajeet, Inc. and Cujo LLC hereby stipulate to dismissal of this action with prejudice, with no award of costs or fees to either party.

Dated:  June 3, 2020                                FRIEDMAN, SUDER & COOKE


                                                    By: */s/ Corby R Vowell*

                                                    Jonathan T. Suder
                                                    Michael T. Cooke
                                                    Corby R. Vowell
                                                    Richard A. Wojcio, Jr.
                                                    FRIEDMAN, SUDER & COOKE
                                                    Tindall Square Warehouse No. 1
                                                    604 East 4th Street, Suite 200
                                                    Fort Worth, Texas  76102
                                                    Telephone:  (817) 334-0400
                                                    Facsimile:  (817) 334-0401
                                                    Email:  jts@fsclaw.com
                                                    Email:  mtc@fsclaw.com
                                                    Email:  vowell@fsclaw.com
                                                    Email:  wojcio@fsclaw.com

                                                    Brandon C. Fernald
                                                    FERNALD LAW GROUP
                                                    510 W. 6TH Street, Suite 700
                                                    Los Angeles, California 90014
                                                    Telephone:  (323) 410-0320
                                                    Fax:  (323) 410-0330
                                                    Email:  brandon.fernald@fernaldlawgroup.com

                                                    Attorneys for Plaintiff
                                                    KAJEET, INC.

Dated: June 3, 2020

FENWICK & WEST LLP

By: */s/ Michael S. Sacksteder*
Michael J. Sacksteder
Email: msacksteder@fenwick.com
TJ Fox
Email: tfox@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CUJO LLC

### **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

*/s/ Corby R Vowell*
Corby R Vowell