FILED
CLERK, U.S. DISTRICT COURT
6/3/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CUJO LLC, <br><br> Defendant. | Case No.: 2:20-cv-00253-JAK-PLA <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE (DKT. 28)** <br><br> Judge: Hon. John A. Kronstadt <br> Magistrate Judge: Hon. Paul L. Abrams <br> Trial Date: Not Set |

The Court, having reviewed the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE PURUSANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**, and for good cause shown, hereby **DISMISSES THIS CASE WITH PREJUDICE**. The parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: June 3, 2020        _____
                           John A. Kronstadt
                           United States District Judge